G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
CONNIE JONES

FILED
JAN 3 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE JONES<br><br>    Plaintiff,<br><br>vs.<br><br>ER SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>    Defendants | **Case No.: 1:12-CV-01438-AWI-GSA**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT** |

Plaintiff, CONNIE JONES, by counsel, and Defendant, ER SOLUTIONS, INC., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against ER SOLUTIONS, INC. should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                              Respectfully submitted,

Date: <u>December 19, 2012</u>      By: <u>/s/ G. Thomas Martin, III</u>
                                     G. Thomas Martin, III, Esq.
                                     PRICE LAW GROUP, APC
                                     15760 Ventura Blvd., Suite 1100
                                     Encino, CA 91436
                                     Telephone: 818-907-2030
                                     Fax: 818-205-2730
                                     Email: tom@plglawfirm.com

                                     *Attorneys for Plaintiff*

Date: <u>December 19, 2012</u>      By: <u>/s/ Craig J. Mariam</u>
                                       Craig J. Mariam, Esq.
                                     GORDON & REES LLP
                                     633 West Fifth Street, 52nd Floor
                                     Los Angeles, CA 90071-2007
                                     Telephone: (213) 576-5000
                                     Facsimile: (877) 306-0043
                                     Email: <u>cmariam@gordonrees.com</u>

                                     *Attorneys for Defendant*

G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
CONNIE JONES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE JONES<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ER SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants | Case No.: 1:12-CV-01438-AWI-GSA<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff CONNIE JONES against Defendant ER SOLUTIONS, INC. are dismissed, with prejudice. Plaintiff CONNIE JONES and Defendant ER SOLUTIONS, INC. shall each bear their own costs and attorneys' fees.

Date: _1-2-13_　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JUDGE, United States District Court,
　　　　　　　　　　　　　　　　　　Eastern District of California

[PROPOSED] ORDER OF DISMISSAL